# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA ANTHONY, on behalf of decedent ARTHUR ANTHONY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>　　　　Defendant. | **Civil Action No.**<br>**1:21-CV-05051-WMR** |

### ORDER ON JOINT MOTION FOR ENTRY OF STIPULATED PROTOCOL RELATING TO THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND STIPULATED PROTECTIVE ORDER

Pending before the Court is a Joint Motion for the Entry of Stipulated Protocol Relating to the Discovery of ESI and Stipulated Protective Order. In the Motion, Plaintiff Linda Anthony, on behalf of decedent Arthur Anthony, and Defendant Becton, Dickinson and Company (together, the "Parties") request that the Court approve the Stipulated Protocol Relating to the Discovery of ESI and Stipulated Protective Order.

7

Having considered the Motion, and it appearing that good cause exists, the Motion is hereby **GRANTED**.

**SO ORDERED** this 25th day of January, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE